# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 9, 2025

## NO. 03-25-00091-CV

**RSVP RX #1, LLC; James Strader; and Global RX Partners, LLC, Appellants**

**v.**

**Royston Partners, LLC, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the final judgment signed by the trial court on November 7, 2024. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.